UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JESSE O. WALKER                                                                CIVIL ACTION

VERSUS                                                                              NO. 12-1126

WALLY CUMMINS ET AL.                                                   SECTION "G" (2)

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Accordingly, IT IS ORDERED that the claims of Jesse O. Walker are DISMISSED WITH PREJUDICE for failure to prosecute.

New Orleans, Louisiana, this __22nd__ day of _____July_____, 2013.

_____Nannette Jolivette Brown_____
UNITED STATES DISTRICT JUDGE